UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
RALEIGH DIVISION

IN RE:                                              CASE NUMBER:

Hazel Inez Brown,                                   11-00366-8-JRL

Plaintiff                                           ADVERSARY PROCEEDING

v.

Wells Fargo, NA, et al.,

Defendants

ORDER DISMISSING APPEAL

The matter before the court is the notice of appeal filed on February 8, 2012 by Hazel Inez Brown from the court's order of January 25, 2012 and the cross appeal filed by defendant Wells Fargo, NA on February 22, 2012.

The court finds that the appellant failed to file the designation of items to be included in the record on appeal and statement of issues to be presented as required by Rule 8006 of the Federal Rules of Bankruptcy Procedure. By memorandum dated February 9, 2012, the court directed the appellant's attention to this rule; however, the designation of items and statement of issues have not been filed.

Accordingly, the notice of appeal filed by Hazel Inez Brown on February 8, 2012 is hereby DISMISSED. It is further ordered that the cross appeal of defendant Wells Fargo, NA is DISMISSED as that matter is now moot.

DATED:

April 13, 2012

_____
U.S. District Court Judge